Rentschler Estate.

Argued January 14, 1958. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, JONES and COHEN, JJ.

*Frank F. Truscott,* with him *George Chimples, Lewis M. Stevens,* and *Stradley, Ronon, Stevens & Young,* for appellant.

*David F. Maxwell,* with him *Herbert A. Fogel,* and *Edmonds, Obermayer & Rebmann,* for appellee.

OPINION PER CURIAM, March 17, 1958:

Decree affirmed at appellant's costs on the able opinion of the hearing judge whose comprehensive findings are fully supported by the evidence, were confirmed by the court *en banc* on exceptions thereto and well justify the legal conclusions which produced the final decree.